IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MATTHEW HAMMOCK                             PLAINTIFF

v.                  No. 2:16-cv-107-DPM

ROSS A. THOMPSON, Individually
and in his official capacity as Chief
of Police for the City of Blytheville,
Arkansas; and CITY OF BLYTHEVILLE
ARKANSAS                                       DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2017